**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MCELROY, an individual. | Case No.: 3:19-cv-05528-JSC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DATES |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, the Defendants have not yet produced documents in response to Plaintiff's Request for Production of Documents and both parties have been unable to conduct depositions;

WHEREAS, the parties met and conferred and agreed to extend discovery dates by approximately 60 days without changing the pretrial filings, pretrial conference and trial date;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | February 6, 2020 |
| Fact Discovery Cut-Off: | June 1, 2020 |
| Expert Witness Disclosures: | June 8, 2020 |
| Rebuttal Expert Witness Disclosures: | June 22, 2020 |
| Expert Discovery Cutoff: | July 29, 2020 |
| Deadline for filing Dispositive Motions | July 29, 2020 |
| Deadline for hearing Dispositive Motions | September 10, 2020 |

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 29, 2020 |
| Expert Witness Disclosures: | August 7, 2020 |
| Rebuttal Expert Witness Disclosures: | August 21, 2020 |
| Expert Discovery Cutoff: | September 21, 2020 |
| Deadline for filing Dispositive Motions | September 28, 2020 |
| Deadline for hearing Dispositive Motions | October 29, 2020 |

    IT IS SO AGREED.

Dated:  April 22, 2020                            **Law Offices of John L. Burris**

                                                                    ___/s/  Patrick M. Buelna___
                                                                      PATRICK M. BUELNA
                                                                      Attorneys for Plaintiff

Dated:  April 27, 2020                            **City and County of San Francisco**

                                                                    ___/s/James Hannawalt_____
                                                                      JAMES HANNAWALT
                                                                      Attorneys for Defendants

    **IT IS SO ORDERED.**

                                                      **DATE:**

                                                      _____
                                                      **HONORABLE JACQUELINE S. CORLEY**
                                                      **U.S. MAGISTRATE JUDGE**
                                                    **NORTHERN DISTRICT OF CALIFORNIA**